OAO91 (Rev. 8/01) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 1 - 2010

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    TEXAS

UNITED STATES OF AMERICA
V.
David SALAS

**CRIMINAL COMPLAINT**

Case Number: C-10-593 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   April 17, 2008   in   Duval   County, in the   Southern   District of   Texas   defendant(s) did,

Knowingly travel interstate commerce from the State of Texas to avoid arrest charges filed in the County of Duval, for one count of Murder, T.P.C. 19.02.

In violation of Title   18   United States Code, Section(s)   1073  .

I further state that I am a(n)   Deputy U.S. Marshal   and that this complaint is based on the following facts :

SEE ATTACHMENT "A"

Approved by Assistant United States Attorney: Lance Watt

Continued on the attached sheet and made a part of this complaint:   X Yes      No

_____
Signature of Complainant

Alfredo A. Lujan
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 1, 2010                                              at    Corpus Christi, Texas
Date                                                                City and State

B. Janice Ellington, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

ATTACHMENT "A"

I, Alfredo Lujan, being duly sworn, state as follows:

1. I am a Deputy United States Marshal and have served in that capacity for approximately eight years. This affidavit is based on information provided by the Texas Rangers, in Alice, Texas.

2. This is being provided as probable cause in support of a complaint against David SALAS, date of birth December 8, 1976, for violating Tile 18, U.S.C., Section 1073, Unlawful Flight to Avoid Prosecution, for knowingly traveling in interstate commerce from the State of Texas to avoid arrest charges filed in the County of Duval (Texas) for Murder, T.P.C. 19.02.

3. On April 16, 2008, at about 10:25pm David SALAS did knowingly and intentionally commit the offense of murder when he shot the victim, Herlinda Guerra. This happened at 6250 Atkins Street in Realitos, Texas.

4. On April 17, 2008, the United States Marshals office in Corpus Christi, Texas was asked by the Duval County Sheriffs office to assist in the apprehension of SALAS.

5. On November 25, 2009, Deputy U.S. Marshal Lujan received information from the Mexican authorities that SALAS has been living in the State of Tamaulipas, Mexico.

6. On May 24, 2010, Deputy U.S. Marshal Lujan confirmed that SALAS is wanted out of Duval County for Murder. Deputy Lujan also has received information that SALAS has fled the State of Texas to avoid prosecution and crossed the United States Border into Mexico.

7. Your Affiant believes that probable cause exits that David SALAS has violated Title 18, U.S.C. Section 1073, Unlawful Flight to Avoid Prosecution.

Signature of Complainant
Alfredo A. Lujan
Printed Name of Complainant

Sworn to before me and signed in my presence,
June 1, 2010         At         Corpus Christi, Texas
Date                                City and State

B. Janice Ellington, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer